IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS INC. fka ADLIFE MARKETING & COMMUNICATIONS CO., INC., | Case No.: 1:22-cv-03197 |
| Plaintiff, | Judge Mary M. Rowland |
| v. | Magistrate Judge Beth W. Jantz |
| GRUBHUB HOLDINGS INC. and GRUBHUB INC., | |
| Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff, PREPARED FOOD PHOTOS, INC. fka ADLIFE MARKETING & COMMUNICATIONS CO., INC. ("Plaintiff"), by and through its undersigned counsel, respectfully requests that this Court grant Yanling Jiang, Yi Bu, and Adam D. Grodman of JiangIP, LLC, leave to withdraw their appearance as attorneys of record in this matter.

In support of this motion, Plaintiff states as follows:

1. Since June 21, 2022, Yanling Jiang, Yi Bu, and Adam D. Grodman have been the attorneys of record for Plaintiff as local counsel.

2. Plaintiff will continue to be represented by counsel from the firm of Copycat Legal PLLC.

WHEREFORE, Plaintiff respectfully requests that the Court grant Yanling Jiang, Yi Bu, and Adam D. Grodman leave to withdraw as the attorneys of record in this action.

DATED: June 14, 2023 Respectfully submitted,

*/s/ Yanling Jiang*
Yanling Jiang (Bar No. 6309336)
JiangIP, LLC
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 630-733-9483
E-mail: yanling@jiangip.com

*/s/ Yi Bu*
Yi Bu (Bar No. 6328713)
JiangIP, LLC
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 262-729-3628
E-mail: ybu@jiangip.com

*/s/ Adam D. Grodman*
Adam D. Grodman (Bar No. 6335962)
JiangIP, LLC
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-857-8077
E-mail: agrodman@jiangip.com

***ATTORNEYS FOR PLAINTIFF***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 14, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Yanling Jiang*
Yanling Jiang